

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 3, 2019

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re: **United States v. Ymer Shahini,**
           **S1 15 Cr. 643 (PKC)**

Dear Judge Castel:

      The Government writes to advise the Court that the above-captioned defendant, the last remaining defendant in the above-captioned matter, was extradited to the United States pursuant to the extradition treaty between the United States and the Republic of Kosovo, which went into effect on June 14, 2019. The defendant arrived in the United States on August 23, 2019, and was presented before Chief United States Magistrate Judge Gabriel W. Gorenstein that same day, and detained on consent.

      In consultation with Your Honor's deputy clerk, the parties have scheduled an arraignment for September 10, 2019, at 11 a.m. The Government, with consent of the defendant, writes to advise the Court that it expects that the defendant will be prepared to enter a guilty plea at the scheduled proceeding on September 10. The Government will provide the Court with the appropriate plea documentation in advance of the plea.

The Government notes that, at the defendant's presentment, time was excluded under the Speedy Trial Act from August 23, 2019 through September 10, 2019.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: /s/ Brian R. Blais
    Brian R. Blais
    Rebecca Mermelstein
    Assistant United States Attorneys
    (212) 637-2521/2360

cc: Martin Sabelli, Esq. (by ECF)