LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

February 23, 2024

Hon. P Kevin Castel
United States District Court
Southern District of New York
New York, N.Y. 10007
*via ECF*

Re: **United States v. Jason Galanis**,
15 Cr. 643 (PKC)

Your Honor

    I write to request that the Court direct that I be assigned pursuant to CJA to represent Jason Galanis for the purpose of evaluating an 18 USC §821 motion based on the retroactive amended guidelines. I represented Mr. Galanis on his original case with Christopher Madiou who is no longer a member of the CJA panel.
    I further request that the Court direct the probation department to prepare and file a supplemental presentence report for Jason Galanis which I believe will reflect his eligibility for a sentence reduction pursuant to the new guideline.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HON. P. KEVIN CASTEL

[Handwritten annotation: Application denied without prejudice if an application is made. SO ORDERED / USDJ / 2-23-24]